# UNITED STATES DISTRICT COURT
## Western District of Texas
111 East Broadway, Room L-100
Del Rio, Texas 78840

WILLIAM G. PUTNICKI
Clerk of Court

**FILED**

APR 6 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| NORMA M. ROBLES | § | DR-05-CV-113 AML |
| | § | |
| v. | § | |
| | § | |
| UVALDE COUNTY HOSPITAL AUTHORITY | § | |
| dba: UVALDE MEMORIAL HOSPITAL | § | |

## ORDER SETTING DOCKET CALL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DOCKET CALL** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX on **Tuesday, June 12, 2007 at 1:30 PM.**

The deadline for notifying the court of any settlement agreement entered into by the parties in this cause is **Monday, June 11, 2007**.

IT IS SO ORDERED this 6$^{th\ h}$ day of April, 2007.

_____
ALIA MOSES LUDLUM
UNITED STATES DISTRICT JUDGE

cc: Victor Roberto Garcia
    United States Magistrate Judge