UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| NORMA M. ROBLES | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | DR-05-CA-113 |
| UVALDE COUNTY HOSPITAL | § | |
| AUTHORITY D/B/A UVALDE | § | |
| MEMORIAL HOSPITAL, | § | |
|     Defendant. | § | |

## ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

Please be advised that the Parties have settled this case and, upon execution of an appropriate Release and Settlement Agreement, will file their Notice of Dismissal with Prejudice.

Respectfully submitted,

CLEMENS & SPENCER
112 E. Pecan St., Ste. 1300
San Antonio, Texas 78205
(210) 227-7121
(210) 227-0732 - telecopier

By: */s/ Randolph P. Tower*
    Randolph P. Tower
    State Bar No. 20153000

**ATTORNEYS FOR DEFENDANT,
UVALDE COUNTY HOSPITAL
AUTHORITY D/B/A UVALDE,
MEMORIAL HOSPITAL**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey R. Davis
R. Chris Pittard
Malaise & Davis, L.L.P.
5710 Northwest Expressway
San Antonio, Texas 78201

/s/ *Randolph P. Tower*
RANDOLPH P. TOWER