UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| NORMA M. ROBLES | § | |
|      Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | DR-05-CA-113 |
| UVALDE COUNTY HOSPITAL | § | |
| AUTHORITY D/B/A UVALDE | § | |
| MEMORIAL HOSPITAL, | § | |
|      Defendant. | § | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES TO EITHER PARTY

HAVING BEEN DULY ADVISED by the parties in the above-captioned litigation that they stipulated to entry of this Order, as evidenced below;

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE and without costs or fees to either party.

SIGNED AND ENTERED this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE

Approved for entry as to both form and substance:

MALAISE & DAVIS, L.L.P.
5710 Northwest Expressway
San Antonio, Texas 78201
(210) 734-3599
(210) 734-2730 Telecopier


/s/ *Jeffrey David* by permission
By:_____
JEFFREY R. DAVIS
State Bar No. 005508350
R. CHRIS PITTARD
State Bar No. 00794465

**ATTORNEYS FOR PLAINTIFF
NORMA M. ROBLES**


CLEMENS & SPENCER
A Professional Corporation
112 E. Pecan Street, Suite 1500
San Antonio, Texas 78205
(210) 227-7121
(210) 227-0732 Telecopier


/s/ *Randolph P. Tower*
By:_____
RANDOLPH P. TOWER
State Bar No. 20153000

**ATTORNEYS FOR DEFENDANTS
UVALDE COUNTY HOSPITAL
AUTHORITY D/B/A UVALDE,
MEMORIAL HOSPITAL**