UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| NORMA M. ROBLES<br>　　　Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO.<br>DR-05-CA-113 |
| UVALDE COUNTY HOSPITAL<br>AUTHORITY D/B/A UVALDE<br>MEMORIAL HOSPITAL,<br>　　　Defendant. | §<br>§<br>§<br>§ | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES TO EITHER PARTY

HAVING BEEN DULY ADVISED by the parties in the above-captioned litigation that they stipulated to entry of this Order, as evidenced below;

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE and without costs or fees to either party.

SIGNED AND ENTERED this 18th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

FILED
2007 MY 21 PM 1:53
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

Approved for entry as to both form and substance:

MALAISE & DAVIS, L.L.P.
5710 Northwest Expressway
San Antonio, Texas 78201
(210) 734-3599
(210) 734-2730 Telecopier

By: /s/ *Jeffrey David* by permission
_____
JEFFREY R. DAVIS
State Bar No. 005508350
R. CHRIS PITTARD
State Bar No. 00794465

**ATTORNEYS FOR PLAINTIFF
NORMA M. ROBLES**


CLEMENS & SPENCER
A Professional Corporation
112 E. Pecan Street, Suite 1500
San Antonio, Texas 78205
(210) 227-7121
(210) 227-0732 Telecopier

By: /s/ *Randolph P. Tower*
_____
RANDOLPH P. TOWER
State Bar No. 20153000

**ATTORNEYS FOR DEFENDANTS
UVALDE COUNTY HOSPITAL
AUTHORITY D/B/A UVALDE,
MEMORIAL HOSPITAL**

173551/0000291-23601